J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Chris.Jorgensen@wbd-us.com
Kory Koerperich, Esq.
Nevada Bar No. 14559
Kory.Koerperich@wbd-us.com
Zaydee R. Stemmons, Esq.
Nevada Bar No. 16991
Zaydee.Stemmons@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113
Tel: (702) 949-8200
Fax: (702) 949-8398

*Attorneys for Defendants Republic Services, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CATALINA APARTMENTS LLC, individually and on behalf of all others similarly situated, | Case No.:   2:25-CV-02532-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO PERMIT FILING OF AMENDED COMPLAINT AND DEADLINE TO RESPOND** |
| vs. | |
| REPUBLIC SERVICES, INC., | |
| Defendants. | |

**COMES NOW** Plaintiff Catalina Apartments LLC ("Plaintiff") and Defendant Republic Services, Inc. ("Defendant"), by and through undersigned counsel, hereby stipulate to allow Plaintiff to file a First Amended Complaint within twenty-one (21) days of entry of this Court's Order;

IT IS FURTHER STIPULATED that Defendant shall have twenty-one (21) days after the filing of the First Amended Complaint to file a response.

4913-0185-2027.1

**IT IS STIPULATED AND AGREED**

DATED this __9th__ day of February, 2026.

**SABEL LAW APC**

 /s/ Steven D. Sabel
Steven D. Sabel, Esq.
Nevada Bar No. 15810
304 S Jones Blvd Suite 1309,
Las Vegas, NV 89107
Phone: 725-525-5583
Email: ssabel@sabellaw.com

Jason M. Ingber (California SBN 318323)
*Pending Pro Hac Vice*
**INGBER LAW GROUP**
3580 Wilshire Blvd., Suite 1260
Los Angeles, California 90010
Tel: (213) 805-8373
E-mail: ji@jasoningber.com

*Attorneys for Plaintiff Catalina Apartments LLC*

**WOMBLE BOND DICKINSON (US) LLP**

 /s/   J Christopher Jorgensen
J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Kory Koerperich, Esq.
Nevada Bar No. 14559
Zaydee R. Stemmons, Esq.
Nevada Bar No. 16991
8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

*Attorneys for Defendant Republic Services, Inc.*

**IT IS SO ORDERED**.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 2/11/2026



WOMBLE BOND DICKINSON

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV  89113

4913-0185-2027.1                                                    - 2 -